IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY L. SLAUGHTER,

      Plaintiff,                     No. CIV S-03-0851 MCE DAD P

    vs.

TOM L. CAREY, et al.,

      Defendants.               <u>ORDER</u>

_____/

        In findings and recommendations issued concurrently with this order, the undersigned has recommended that defendants' motion for summary judgment be granted and this action be dismissed. Good cause appearing, the dates set for pretrial conference and jury trial will be vacated.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Pretrial conference set for July 29, 2005, before the undersigned is vacated;

        2. Jury trial set for October 5, 2005, at 9:00 a.m. before the Honorable Morrison C. England Jr. is vacated;

/////

/////

/////

1

3. Plaintiff's July 5, 2005 petition for writs of habeas corpus ad testificandum, construed as a motion to compel attendance of incarcerated witnesses at trial, is denied; and

4. Plaintiff's July 6, 2005 request for clarification of scheduling order is denied.

DATED: August 3, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
slau0851.vac

2