IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY L. SLAUGHTER,

    Plaintiff,                               No. CIV S-03-0851 MCE DAD P

    vs.

TOM L. CAREY, et al.,

    Defendants.                      ORDER

_____/

        Plaintiff has requested an extension of time to file objections to the findings and recommendations signed August 3, 2005.

        Plaintiff is informed that the purpose of filing objections is to call to the attention of the district judge those portions of the findings or recommendations to which the party objects. The district judge assigned to the case will make a <u>de novo</u> determination as to matters objected to by any party. The district judge may accept, reject, or modify, in whole or in part, the findings and recommendations. In light of plaintiff's placement in administrative segregation on suspicion of engaging in a cell fight with his cell partner on August 19, 2005, the court will provide plaintiff with an additional copy of the findings and recommendations. Plaintiff will be granted an extension of time to September 6, 2005, to place his objections in the mail to the court and defendants' counsel. No further extension of time will be granted for this purpose.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 15, 2005 request for extension of time is granted;

2. Plaintiff's objections to the findings and recommendations signed August 3, 2005, shall be placed in the mail to the court and to defendants' counsel on or before September 6, 2005; and

3. The Clerk of the Court shall serve this order on plaintiff with a copy of the findings and recommendations filed August 4, 2005.

DATED: August 19, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
slau0851.36

2