IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY L. SLAUGHTER,

    Plaintiff,                    No. CIV S-03-0851 MCE DAD P

    vs.

TOM L. CAREY, et al.,

    Defendants.               <u>ORDER</u>

_____/

        On August 15, 2005, the court received plaintiff's letter requesting an extension of time to file objections to the findings and recommendations filed August 4, 2005. In the interests of justice, the informal request was granted by order filed August 19, 2005. The court has now received plaintiff's formal application for an extension of time mailed August 18, 2005. The application will be denied as duplicative and no further extension of time will be granted. IT IS ORDERED that plaintiff's August 22, 2005 application for extension of time is denied.

DATED: August 26, 2005.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:13
slau0851.36s