IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. SLAUGHTER, | No. CIV S-03-0851 MCE DAD P |
| Plaintiff, | |
| v. | ORDER |
| TOM L. CAREY, ET AL., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On August 4, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

///

1

1  On August 19, 2005, the magistrate judge granted plaintiff an
2  extension of time to September 6, 2005, in which to file
3  objections.  Pursuant to that extension of time, plaintiff has
4  filed timely objections to the findings and recommendations.
5      In accordance with the provisions of 28 U.S.C.
6  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
7  de novo review of this case.  Having carefully reviewed the
8  entire file, the court finds the findings and recommendations to
9  be supported by the record and by proper analysis.
10     Accordingly, IT IS HEREBY ORDERED that:
11     1.  The findings and recommendations filed August 4, 2005,
12 are adopted in full;
13     2.  Defendants' February 17, 2005 motion for summary
14 judgment is granted; and
15     3.  This action is dismissed.
16 DATED: September 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE