UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED

DEC 15 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

| | |
|---|---|
| TERRY SLAUGHTER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>TOM L. CAREY, Warden; et al.,<br><br>    Defendants - Appellees. | No. 05-17097<br>D.C. No. CV-03-00851-MCE<br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [✓]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: DEC 15 2005