IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY L. SLAUGHTER,

    Plaintiff,                          No. CIV S-03-0851 MCE DAD P

    vs.

TOM L. CAREY, et al.,                 ORDER

    Defendants.

                             /

        Plaintiff, a state prisoner proceeding pro se, has filed a motion for reimbursement of amounts withdrawn from his inmate trust account pursuant to the court's May 1, 2003 order, obligating plaintiff to pay a $150.00 statutory filing fee. Plaintiff has addressed his latest motion to Senior District Judge Lawrence K. Karlton. The court will construe the motion as one addressed to the assigned district judge. In addition, the court will construe the motion as one for reconsideration because it is virtually identical to plaintiff's previous motions which were denied by the assigned magistrate judge. (See Order filed June 28, 2007.)

        A request for reconsideration is directed to the sound discretion of the court. See Frito-Lay of Puerto Rico, Inc. v. Canas, 92 F.R.D. 384, 390 (D.C. Puerto Rico 1981). A party seeking reconsideration must brief the "new or different facts or circumstances" which were not shown previously "or what other grounds exist for the motion." Local Rule 78-230(k).

1

1  This rule is grounded on the principle that decisions on legal issues made in a case should be
2  followed unless there is substantially different evidence or new controlling authority, or the party
3  demonstrates that the court's prior decision was clearly erroneous and resulted in injustice.  See
4  Handi Investment Co. v. Mobil Oil Corp., 653 F.2d 391, 392 (9th Cir. 1981); see also Waggoner
5  v. Dallaire, 767 F.2d 589, 593 (9th Cir. 1985).  A motion to reconsider is not a vehicle by which
6  an unsuccessful party can "rehash" arguments or present "contentions which might have been
7  raised prior to the challenged judgment." Costello v. United States, 765 F. Supp. 1003, 1009
8  (C.D. Cal. 1991); see F.D.I.C. v. Meyer, 781 F.2d 1260, 1268 (7th Cir. 1986); Keyes v. National
9  R.R. Passenger Corp., 766 F. Supp. 277, 280 (E.D. Pa. 1991).

In this case, plaintiff's motion for reconsideration merely rehashes allegations and arguments previously presented.  The motion does not present different facts or circumstances that were not shown previously, and plaintiff has failed to demonstrate that the magistrate judge's order was clearly erroneous and resulted in injustice.

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 22, 2007 motion for reimbursement, construed as a motion for reconsideration, is denied.

Dated:  October 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE